IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00693-LTB

BILL GUINN,

    Plaintiff,

v.

UNKNOWN, JEFFERSON COUNTY DEPUTY DISTRICT ATTORNEY, Unknown,
JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE,
JEFFERSON COUNTY COMBINED COURTS, and
JUDGE DeVITA, Jefferson County District Court Judge,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 19, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of March, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ M.J. Garcia
                        Deputy Clerk