IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00693-LTB

BILL GUINN,

     Plaintiff,

v.

JEFFERSON COUNTY DEPUTY DISTRICT ATTORNEY, Unknown,
JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE,
JEFFERSON COUNTY COMBINED COURTS, and
JUDGE DeVITA, Jefferson County District Court Judge,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     The matter before the Court is Plaintiff's *pro se* "Motion to Toll Civil Action Until Judicial Remedies are Exhausted ," ECF No. 9, filed on April 17, 2013, which the Court construes liberally as a second motion to reconsider the March 19, 2013 Order of Dismissal.  For the reasons discussed in the April 15, 2013 Order Denying Motion to Reconsider, ECF No. 8, Plaintiff's second motion to reconsider is denied.  Also, Plaintiff's "Unopposed Motion to Strike Plaintiff's Objection to District Court's Order of Dismissal," ECF No. 10, is denied as moot.

Dated:  April 18, 2013